# First District Court of Appeal
## State of Florida

_____

No. 1D18-3347
_____

S.W.,

   Appellant,

v.

State of Florida Department
of Children and Families,

   Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Ross M. Goodman, Judge.

February 15, 2019

Per Curiam.

   Affirmed.

Makar, Winokur, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jason A. Cobb, DeFuniak Springs, for Appellant.

Sarah J. Rumph, Appellate Counsel, Department of Children and Families, Tallahassee, for Appellee; Thomasina Moore, Statewide Director, and Sara Goldfarb, Appellate Counsel, Guardian ad Litem Program, Tallahassee.